UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY SLACK,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL WOODBURY, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C19-159 RSM-BAT<br><br>**ORDER DENYING MOTION TO COMPEL DISCOVERY** |

The Court **DENIES** plaintiff's motion to compel discovery. Dkt. 29. The motion is premature because plaintiff has moved to amend his complaint and the Court has not yet ruled on that motion. Further, plaintiff has failed to certify he has in good faith conferred or attempted to confer with defendants before filing his motion, as required by Fed. R. Civ. Pro. 37(a)(1) and Local Rule 37. The clerk shall provide a copy of this order to the parties.

DATED this 17th day of June, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO COMPEL
DISCOVERY - 1