UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY SLACK,<br><br>              Plaintiff,<br><br>   v.<br><br>MICHAEL WOODBURY, et al.,<br><br>              Defendants. | CASE NO. C19-159 RSM-BAT<br><br>**ORDER DENYING MOTION AND OBJECTION REGARDING COUNSEL'S UNAVAILABILITY** |

      The Court **DENIES** plaintiff's motion and objection to counsel's unavailability. Dkt. 28. Plaintiff objects to counsel's "not being available to respond in the time ordered by the court to meet the deadline for discovery." *Id.* The motion assumes the Court has set a discovery deadline and plaintiff's motion to compel discovery (Dkt. 29) will be granted. However, the Court has not set a discovery deadline yet and has denied plaintiff's motion for discovery. Dkt. 31. The clerk shall provide a copy of this order to the parties.

      DATED this 17th day of June, 2019.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge