UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMIE SLACK,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL WOODBURY, et al.,<br><br>               Defendant. | CASE NO. C19-159-RSM<br><br>**ORDER DIRECTING DEFENDANT TO RESPOND TO MOTION TO RECONSIDER (DKT. 34).** |

      Plaintiff moves the Court to reconsider his motion and objection regarding defense counsel's availability. Dkt. 34. The motion revolves around plaintiff's discovery requests, which he now contends he has diligently tried to resolve with defense counsel. Pursuant to Local Rule W. Wash. 7(h) the Court directs defendant to file a response no later than July 10, 2019. Any reply from plaintiff is due on July 16, 2019. Plaintiff suggests discovery in the case is off-course. The parties should thus set forth whether that is so and whether new discovery deadlines should be set.

      DATED this 26th day of June, 2019.

                                                          _____
                                                          BRIAN A. TSUCHIDA
                                                          Chief United States Magistrate Judge

ORDER DIRECTING DEFENDANT TO
RESPOND TO MOTION TO
RECONSIDER (DKT. 34). - 1

ORDER DIRECTING DEFENDANT TO
RESPOND TO MOTION TO
RECONSIDER (DKT. 34). - 2