UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMMIE SLACK,

              Plaintiff,

  v.

MICHAEL WOODBURY, et al.,

              Defendant.

CASE NO. C19-159 RSM

ORDER OF DISMISSAL

The Court has reviewed the Complaint, Defendants' Motion for Summary Judgment (Dkt. #38), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Mr. Slack's Objections, and the remaining record. The Court agrees with Judge Tsuchida that Mr. Slack's RLUIPA claims against Defendants in their individual capacities cannot be maintained, and that the Complaint fails to contain sufficient facts to support an official capacity claim. The Court agrees with Judge Tsuchida that the undisputed record reflects a legitimate penological reason for Mr. Slack's removal from inmate worker status, thus summary judgment dismissal of Mr. Slack's retaliation claim is warranted. Because the Court is dismissing all of Mr. Slack's federal claims, the Court will decline supplemental jurisdiction over Mr. Slack's state law claims. Accordingly, the Court finds and ORDERS as follows:

ORDER OF DISMISSAL - 1

(1) The Court ADOPTS the Report and Recommendation;

(2) Defendants' motion for summary judgment (Dkt. #38) is GRANTED. Plaintiff's RLUIPA claims against defendants in their individual capacity and Plaintiff's retaliation claim with respect to his removal from inmate worker status are DISMISSED. The Court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims and those claims are DISMISSED.

(3) The Clerk is directed to close the case.

(4) The Clerk is directed to provide a copy of this Order to the parties and to the Hon. Brian A. Tsuchida.

DATED this 18th day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE